IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VICTOR HUGO CANNEGIETER, II,<br>Defendant | INDICTMENT<br><br>Criminal No. 23 Cr 13<br><br>18 U.S.C. § 922(o)<br>- Possession of machinegun |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Illegal Possession of Machine Gun)

On or about June 7, 2023, in the District of the Virgin Islands, the defendant, **VICTOR HUGO CANNEGIETER, II,** did unlawfully and knowingly possess a machinegun, to wit: a .40 caliber Glock 23 handgun, with an installed "Glock chip," a part designed and intended solely and exclusively for use in converting said Glock 23 handgun into a weapon capable of fully automatic fire, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

DELIA L. SMITH
UNITED STATES ATTORNEY

Dated: July 11, 2023

Evan Rikhye
Assistant U.S. Attorney
United States Attorney's Office
District of the Virgin Islands
1108 King St. Suite 201, Christiansted
St. Croix, VI 00820
Telephone: 340-773-3920
evan.rikhye@usdoj.gov

DISTRICT COURT OF THE VIRGIN ISLANDS: Returned Into the District Court on this, the \_\_11th\_\_ day of July 2023, by Grand Jurors and filed.

_____
Honorable Emile A. Henderson, III.
United States Magistrate Judge